## BUNTING *against* BROWN.

THIS was an action on the case, to recover damages for the non-delivery of a quantity of salt, which the defendant had sold to the plaintiff, and contracted to deliver to him, at *Turks-Island.* The defendant was arrested and held to bail, without a judge's order. The plaintiff being summoned before the recorder of the city of *New-York,* to show cause, &c. made an affidavit of the cause of action; but the recorder being of opinion that the defendant could not be held to bail, without an order of a judge for that purpose, previously obtained, ordered him to be discharged, on filing common bail, and the bail-bond to be cancelled.

*In an action for damages for the non-delivery of goods, pursuant to contract, the defendant may be held to bail, without a judge's order; but if a defendant is arrested and held to bail, in an action not bailable, an affidavit of the cause of action subsequently made, will not support the arrest.*

*Garr,* for the plaintiff, moved to vacate the order of the recorder.

*E. W. King,* contra.

*Per Curiam.* Where the action is not bailable, an affidavit of the cause of action, made subsequent to the arrest, will not support the holding to bail. But this suit was on a contract on which the defendant might have been held to bail originally without a judge's order. If the sum in which the defendant is held to bail be too large, application may be made to a judge to mitigate it.

*Motion granted.*